Nov. Term,
1859.                          BOWLES *v.* PLUMMER.

COLLINS
*v.*
MAKEPEACE.    APPEAL from the *Orange* Circuit Court.

*Wednesday,*         *Per Curiam.*— Complaint by *Plummer* against *Bowles*
*December* 14.  for the specific performance of a contract for the sale of
certain real estate.   Demurrer to the complaint overruled.
Answer filed and issues formed.

Trial by the Court, finding and judgment for the plain-
tiff, a new trial being refused.

The errors assigned relate to the ruling on the demurrer,
and the motion for a new trial.   No objection to the com-
plaint has been pointed out in the brief of counsel, and
the evidence is not in the record.   Evidence is set out, but
there is no statement in compliance with rule 30 that "this
was all the evidence given in the cause."   This statement
is technical, and indispensable to repel the presumption of
other evidence.

The judgment is affirmed with costs.

*J. Collins, J. Cox,* and *J. Payne,* for the appellant.